UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| In re: | ) | Case No.: 22-41480-659 |
|---|---|---|
| | ) | Honorable Kathy Surratt-States |
| **JAMES PAUL GEEDING, JR .** | ) | Chapter 11 Proceeding |
| | ) | [Docket # 29] |
| **Debtor.** | ) | |
| | ) | Spencer P. Desai, Esq. |
| | ) | Desai Law Firm LLC |
| | ) | 13321 N. Outer Forty Road, Suite 300 |
| | ) | St. Louis, Missouri 63017 |
| | ) | (314) 666-9781 |
| | ) | spd@desailawfirmllc.com |
| | ) | |

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE PLAN OF REORGANIZATION

The Debtor's Motion to Extend Time to File a Plan of Reorganization ("Motion") [dkt. #29] was called and heard on August 15, 2022. Counsel for the Debtor and the United States Trustee appeared.

The Debtor represents that the Motion and Notice of Hearing were served on all creditors and parties in interest. No response or objection was filed, and the Debtor's counsel represents no response or objection was received.

Upon consideration of the Motion, the record and good cause shown

IT IS HEREBY ORDERED that the Motion is GRANTED and the deadline for the Debtor to file a Plan of Reorganization is extended up to and including October 17, 2022.

Not later than two business days after the date of this order, the Debtor shall serve a copy of this order on all parties entitled to receive service in the above-referenced bankruptcy case and shall file a certificate of service compliant with L.B.R. 9004(D) no later than one business day after service.

_/s/ Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
U.S. Bankruptcy Judge

DATED: August 31, 2022
St. Louis, Missouri
jjh

Order Prepared By:
Spencer P. Desai, Esq.
Desai Law Firm LLC.
13321 North Outer Forty Rd, Suite 300
St. Louis, Missouri 63017
(314) 666-9781

ATTORNEYS FOR DEBTOR