IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| In re: | ) | Case No.: 22-41480-659 |
|---|---|---|
|  | ) | Honorable Kathy Surratt-States |
| **JAMES PAUL GEEDING, JR.** | ) | Chapter 11 Proceeding |
|  | ) |  |
| **Debtor.** | ) |  |
|  | ) |  |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Final Order Granting the Motion to Extend Time to File Plan of Reorganization pursuant to 11 U.S.C. §1189(b) [Dkt. 39] was served via first class United States Mail, postage prepaid, this 6th day of September 2022, to the United States Trustee and all creditors and parties in interest listed on the attached mailing matrix.

Respectfully submitted,

THE DESAI LAW FIRM, LLC

By: _/s/ Spencer P. Desai_
Spencer P. Desai, #39877
13321 North Outer Forty Road, Suite 300
St. Louis, MO 63017
Telephone: (314) 666-9781
Facsimile: (314) 448-4320
spd@desailawfirmllc.com

COUNSEL FOR THE DEBTOR

```
Label Matrix for local noticing          111 South Tenth Street                    A One Pipeline Services LLC
0865-4                                    Fourth Floor                              P.O. Box 315
Case 22-41480                             St. Louis, MO 63102-1125                  Troy, MO 63379-0315
Eastern District of Missouri
St. Louis
Tue May 17 17:56:49 CDT 2022

API Solutions                             Accurate Underground HDD, LLC             All Rental Inc.
203 1st Ave.                              600 State  Hwy H                          P.O. Box 129
P.O. Box 124                              Troy, MO 63379-3138                       13265 25th Ave. NW
Haverhill, IA 50120-0124                                                            Rice, MN 56367-7704


Ann Creech                                Arvest Mortgage                           (p)BANK OF OLD MONROE
1415 Eversmeyer Road                      200 Parkwood Street                       PO BOX 188
Silex, MO 63377-3452                      Lowell, AR 72745-8846                     OLD MONROE MO 63369-0188


Capital One Bank N.A.                     Carroll Construction Supply               (p)JPMORGAN CHASE BANK  N A
P.O. Box 6492                             207 W 2nd                                 BANKRUPTCY MAIL INTAKE TEAM
Carol Stream, IL 60197-6492               Suite 3                                   700 KANSAS LANE FLOOR 01
                                          Ottumwa, IA 52501-2569                    MONROE LA 71203-4774


Coyle Supply                              Dale R. Geeding & Steven C. Geeding       Diesel Machinery
3721 State Route 162                      600 Highway H                             P.O. Box 85825
Granite City, IL 62040-6628               Troy, MO 63379-3138                       4301 N. Cliff Ave
                                                                                    Sioux Falls, SD 57104-5528


(p)DISCOVER FINANCIAL SERVICES LLC        Erosion Products LLC                      Evans & Dixon
PO BOX 3025                               4350 Main Street                          211 N. Broadway
NEW ALBANY OH 43054-3025                  Saint Bonifacius, MN 55375-1159           Suite 2500
                                                                                    Saint Louis, MO 63102-2742


Foley Rental                              GM Financial                              Geeding Properties
1601 E. 77th Street North                 P.O. Box 99605                            600 Highway H
Valley Center, KS 67147-8685              Arlington, TX 76096-9605                  Troy, MO 63379-3138


Holloway Technical Services LLC           Internal Revenue Service                  JCB St. Louis
P.O. Box 702                              P.O. Box 7346                             7978 Veterans Memorial Parkway
Marlow, OK 73055-0702                     Philadelphia, PA 19101-7346               Saint Peters, MO 63376-1175


Judy Geeding                              Karen Geeding                             Kramer & Frank
8 White Ash Court                         983 Judy Lane                             11960 Westline Industrial Drive
Troy, MO 63379-2438                       Troy, MO 63379-2219                       Suite 180
                                                                                    Saint Louis, MO 63146-3212


Kubota Credit Corporation                 MRC Global                                Minnesota Unemployment Insurance
1025 Northbrook Parkway                   P.O. Box 204392                           P.O. Box 4629
Suwanee, GA 30024-2967                    Dallas, TX 75320-4392                     Saint Paul, MN 55101-4629
```

| | | |
|---|---|---|
| Missouri Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 475<br>301 W. High Street<br>Jefferson City, MO 65105-4750 | Multiservice (WorldFuel)<br>8650 College Blvd.<br>Overland Park, KS 66210-1886 | Office of US Trustee<br>111 S Tenth St, Ste 6.353<br>St. Louis, MO 63102-1127 |
| Otto Farms Pumping Inc.<br>20243 County Road 9<br>Lester Prairie, MN 55354-6310 | RDO Equipment Co<br>P.O. Box 7160<br>Fargo, ND 58106-7160 | Rain for Rent<br>9550 156th Ave. NW<br>Elk River, MN 55330-6245 |
| Rifenburg Excavating & Concrete<br>537 Paint Horse lane<br>Conway, MO 65632-4100 | Sunbelt Rentals, Inc.<br>P.O. Box 409211<br>Atlanta, GA 30384-9211 | T.B.C.B. Investment Services<br>P.O. Box 315<br>Troy, MO 63379-0315 |
| TCM Supply LLC<br>3320 Indianapolis<br>Suite E<br>Tulsa, OK 74135-1814 | Team Industrial Services, Inc.<br>P.O. Box 842233<br>Dallas, TX 75284-2233 | TechCorr USA Management LLC<br>P.O. Box 660828<br>Dallas, TX 75266-0828 |
| Totem Mats<br>P.O. Box 5911<br>Beaverton, OR 97006-0911 | Trenton Corporation<br>7700 Jackson Road<br>Ann Arbor, MI 48103-9545 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| United Rentals<br>P.O. Box 840514<br>Dallas, TX 75284-0514 | (p)U S ATTORNEY'S OFFICE<br>111 SOUTH TENTH STREET ROOM 20 333<br>ST LOUIS MO 63102-1125 | Vermeer Midwest<br>621 Spirit Valley East<br>Chesterfield, MO 63005-1023 |
| Viking Mat Company<br>P.O. Box 842612<br>Hartman, AR 72840 | Vogler & Associates<br>11756 Borman<br>Suite 200<br>Saint Louis, MO 63146-4157 | WEX Bank<br>P.O. Box 6293<br>Carol Stream, IL 60197-6293 |
| WebBank<br>c/o CAN Capital as Servicer<br>2015 Vaughn Road NW<br>Building 500<br>Kennesaw, GA 30144-7831 | XCEL NDT LLC<br>P.O. Box 146<br>104 Avon<br>Clifton, KS 66937-9602 | James Paul Geeding Jr.<br>P.O. Box 315<br>Troy, MO 63379-0315 |
| Spencer P. Desai<br>The Desai Law Firm, LLC<br>13321 North Outer Forty Road<br>Suite 300<br>St. Louis, MO 63017-5945 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank of Old Monroe            Chase Bank N.A.              Discover
2100 Highway C                PO Box 15145                 P.O. Box 30943
Old Monroe, MO 63369          Wilmington, DE 19850         Salt Lake City, UT 84130


US Bank                       United States Attorney
P.O. Box 790408               111 South 10th Street
Saint Louis, MO 63179-0408    20th Floor
                              St. Louis MO 63102
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)ERC (Sprint)               End of Label Matrix
P.O. Box 23870                Mailable recipients    54
FL 32441                      Bypassed recipients     1
                              Total                  55
```