UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No.: 22-41480-659 |
| | Honorable Kathy Surratt-States |
| **JAMES PAUL GEEDING, JR.** | Chapter 11 Proceeding |
| | [Docket #52]    11/21 |
| Debtor. | |
| | Spencer P. Desai, Esq. |
| | Desai Law Firm LLC |
| | 13321 N. Outer Forty Road, Suite 300 |
| | St. Louis, Missouri 63017 |
| | (314) 666-9781 |
| | spd@desailawfirmllc.com |

### ORDER SUSTAINING OBJECTION OF DEBTOR TO PROOF OF CLAIM NUMBER 6 FILED BY BADGER INFRASTRUCTURE SOLUTIONS

The Debtor's Objection to Proof of Claim #6 Filed by Badger Infrastructure Solutions ("Objection") [dkt. #52] was called and heard on November 21, 2022. Counsel for the Debtor appeared.

The Debtor represents that the Objection was served on the claimant and counsel as listed in the proof of claim. No response to the objection was filed, and Debtor's counsel represents no response or objection was received.

Upon consideration of the Objection, review of the record and good cause shown;

IT IS HEREBY ORDERED that the Objection to Proof of Claim #8 Filed by Badger Infrastructure Solutions is SUSTAINED. The claim filed by Badger Infrastructure Solutions is disallowed.

Not later than two business days after the date of this order, the Debtor shall serve a copy of this order on all parties entitled to receive service in the above-referenced bankruptcy case and shall file a certificate of service compliant with L.B.R. 9004(D) no later than one business day after service.

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
U.S. Bankruptcy Judge

DATED: November 22, 2022
St. Louis, Missouri
jjh

Order Prepared By:
Spencer P. Desai, Esq.
Desai Law Firm LLC.
13321 North Outer Forty Rd, Suite 300
St. Louis, Missouri 63017
(314) 666-9781

ATTORNEYS FOR DEBTOR